```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>LORENZO AUSTIN,<br><br>              Defendant. | NO. CR. S-05-269 LKK<br><br>ORDER ALLOWING SUBSTITUTION OF DEFENSE ATTORNEY, EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SCHEDULING STATUS CONFERENCE<br><br>Court:  Hon. Lawrence K. Karlton |

On August 2, 2005, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States.  Assistant Federal Defender Jeffrey Staniels appeared with his client, defendant Lorenzo Austin.

The Court granted Austin's request that AFD Staniels be allowed to withdraw as his counsel and Byron Thompson, Esq., be substituted in as his new counsel.

The Court granted Mr. Thompson's request that the Court allow him time to review the discovery in this case and prepare Austin's defense.  The Court granted Mr. Thompson's request that the Court set August 16, 2005, at 9:30 a.m., as a new status

hearing date at which time additional dates, including, a motions briefing schedule if desired by the defense, could be set.

The United States advised the Court that it had no objection to Mr. Thompson's request so long as the Court excluded time under the Speedy Trial Act, pursuant to Local Code T4 from August 2, 2005, to and including August 16, 2005.  The United States asked the Court to vacate the August 30, 2005, trial confirmation hearing date and September 13, 2005, trial date in light of Mr. Thompson's request for time to prepare Austin's defense.  Austin had no objection to the United States' requests to exclude time under the Speedy Trial Act and to vacate the previously set trial confirmation and trial dates.

Based on the foregoing and good cause appearing therefrom, the Court granted the requests made by the United States.  The Court excluded time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4, from August 2, 2005, to and including August 16, 2005.  The Court vacated the August 30, 2005, trial confirmation hearing date and September 13, 2005, trial date.

The Court finds that the failure to grant a continuance in this case would deny Austin's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and Austin to a speedy trial.

It is so ordered.

Dated: August 12, 2005            /s/ Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  United States District Judge