McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-269 LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING BRIEFING SCHEDULE AND MOTIONS HEARING DATE |
| v. | |
| LORENZO AUSTIN, | Court:  Hon. Lawrence K. Karlton |
| Defendant. | |

On August 16, 2005, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Byron Thompson, Esq., appeared with his client, defendant Lorenzo Austin.

After considering the requests of the parties, the Court set the following pretrial motions briefing schedule:

  1.   Pretrial motions shall be filed by September 27, 2005;

  2.   Responses to any pretrial motions shall be filed by October 18, 2005;

  3.   Any reply memorandum in support of a motion shall be

1

1  filed by October 27, 2005; and

2      4.   A non-evidentiary motions hearing shall be held on
3  November 1, 2005, at 9:30 a.m.

4      The Court orders that time from August 16, 2005, to and
5  including September 27, 2005, shall be excluded from computation
6  of time within which the trial of this case must be commenced
7  under the Speedy Trial Act, pursuant to Local Code T4.  The Court
8  orders that, after the filing of motions, time shall also be
9  excluded under the Speedy Trial Act pursuant to Local Code T4
10 pertaining to pending motions.

11     The Court finds that the failure to grant a continuance in
12 this case would deny Austin's counsel reasonable time necessary
13 for effective preparation, taking into account the exercise of
14 due diligence.  The Court specifically finds that the ends of
15 justice served by the granting of such continuance outweigh the
16 interests of the public and Austin in a speedy trial.

17     It is so ordered.

19 Dated: August 22, 2005            /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
20                                   United States District Judge