McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-269 LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING TRIAL CONFIRMATION HEARING AND TRIAL DATES |
| v. | |
| LORENZO AUSTIN, | |
| Defendant. | Court:  Hon. Lawrence K. Karlton |

On November 1, 2005, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Byron Thompson, Esq., appeared with his client, defendant Lorenzo Austin.

The parties requested that the Court set a trial confirmation hearing on November 29, 2005, at 9:30 a.m., and the trial in this case on December 13, 2005, at 10:30 a.m.  Mr. Thompson acknowledged that he will be engaged in another trial in a different case and, therefore, would be unavailable and unable to prepare and handle the trial in this case before December 13,

1

1  2005.  The parties stipulated and agreed that time from November
2  1, 2005, to, and including, December 13, 2005, shall be excluded
3  from computation of time within which the trial of this case must
4  be commenced under the Speedy Trial Act, pursuant to Local Code
5  T4.
6      Based on the representations and stipulations of the
7  parties, and good cause appearing therefrom, the Court sets a
8  trial confirmation hearing on November 29, 2005, at 9:30 a.m.,
9  and the trial in this case on December 13, 2005, at 10:30 a.m.
10 The Court orders that time from November 1, 2005, to, and
11 including, December 13, 2005, shall be excluded from computation
12 of time within which the trial of this case must be commenced
13 under the Speedy Trial Act, pursuant to Local Code T4.
14     The Court finds that the failure to grant a continuance in
15 this case would deny Austin continuity of counsel and Mr.
16 Thompson reasonable time necessary for effective preparation of
17 Austin's defense, taking into account the exercise of due
18 diligence.  The Court specifically finds that the ends of justice
19 served by the granting of such continuance outweigh the interests
20 of the public and Austin in a speedy trial.
21     It is so ordered.

Dated:  November 2, 2005              /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      United States District Judge