McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-269 LKK |
| Plaintiff, | ORDER ALLOWING SUBSTITUTION OF DEFENSE ATTORNEYS, EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SCHEDULING STATUS CONFERENCE |
| v. | |
| LORENZO AUSTIN, | Court:  Hon. Lawrence K. Karlton |
| Defendant. | |

On November 29, 2005, the parties appeared before the Court for a trial confirmation hearing.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States. Dina Santos, Esq., appeared with defendant Lorenzo Austin.

The Court granted Austin's request that Ms. Santos and Steven Bauer, Esq., be allowed to substitute into this case as his new counsel and his prior counsel Byron Thompson, Esq., be allowed to withdraw from the case.

The Court granted Ms. Santos' request that the Court allow the new defense attorneys time to review the discovery in this case, investigate the facts, and prepare Austin's defense.  The Court granted Ms. Santos' request that the Court set January 4,

1  2006, at 9:30 a.m., as a new status hearing date.

2      The United States advised the Court that it had no objection
3  to Ms. Santos' request so long as the Court excluded time under
4  the Speedy Trial Act, pursuant to Local Code T4 from November 29,
5  2005, to and including January 4, 2006.  The United States asked
6  the Court to vacate the December 13, 2005, trial date in light of
7  Ms. Santos' request for time to prepare Austin's defense.  Austin
8  had no objection to the United States' requests to exclude time
9  under the Speedy Trial Act and to vacate the previously set
10 December 13, 2005, trial date.

11     Based on the foregoing and good cause appearing therefrom,
12 the Court granted the requests made by the United States.  The
13 Court excluded time within which the trial of this case must be
14 commenced under the Speedy Trial Act, pursuant to Local Code T4,
15 from November 29, 2005, to and including January 4, 2006.  The
16 Court vacated the December 13, 2005, trial date.

17     The Court finds that the failure to grant a continuance in
18 this case would deny Austin's new counsel reasonable time
19 necessary for effective preparation, taking into account the
20 exercise of due diligence.  The Court specifically finds that the
21 ends of justice served by the granting of such continuance
22 outweigh the interests of the public and Austin in a speedy
23 trial.

24     It is so ordered.

25 Dated: December 6, 2005           /s/ Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
26                                  United States District Judge

27

28

2