McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>    v.<br><br>LORENZO AUSTIN,<br><br>           Defendant. | No. CRS 05-269 LKK<br><br>**STIPULATION AND ORDER GRANTING**<br>**PLAINTIFF'S MOTION FOR DISCOVERY**<br><br>Date:  December 9, 2005<br>Time:  2:00 p.m.<br>Court:  Hon. Kimberly J. Mueller |

    Whereas, on October 26, 2005, plaintiff United States of America's filed its motion for reciprocal and continuing discovery from defendant Lorenzo Austin, pursuant to F.R.Crim.P. 16(b) and (c); and

    Whereas, counsel for Austin has reviewed the United States' discovery motion and has no objection to the Court's granting of the United States' discovery motion;

    It is hereby stipulated by and between the United States and Austin, through their respective counsel, that:

    1.    The Court shall enter the order incorporated into this stipulation granting the United States' motion for discovery; and

    2.    The Court's entry of the order incorporated into this

1

stipulation obviates the need for a hearing on the United States' discovery motion, and the previously scheduled December 9, 2005, at 2:00 p.m. hearing on the motion shall be vacated.

DATED: December 7, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

DATED: December 7, 2005

/s/ Steven Bauer
_____
STEVEN BAUER
Attorney for defendant
Lorenzo Austin
(per telephone and e-mail authorization)

ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom,

It is hereby ordered that the United States' discovery motion is hereby granted. It is hereby ordered that Austin shall provide reciprocal discovery to the United States forthwith. The Court further orders that Austin shall provide continuing discovery as required by F.R.Crim.P. 16(c). The Court further orders that the previously scheduled hearing, set for December 9, 2005, at 2:00 p.m., on the United States' discovery motion is hereby vacated.

Dated: December 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2