McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-269 LKK |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME UNDER SPEEDY |
| | ) | TRIAL ACT AND SCHEDULING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| LORENZO AUSTIN, | ) | Court:  Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On January 4, 2005, the parties appeared before the Court for a trial confirmation hearing.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States.  Steven Bauer, Esq., appeared with defendant Lorenzo Austin.

Mr. Bauer advised the Court that the defense attorneys had hired an investigator to interview witnesses and conduct additional investigation to aid Austin's defense.  Mr. Bauer requested a delay in the court proceedings to allow the investigator time to complete this work, and also asked for a new status conference hearing on January 31, 2006, at 9:30 a.m.

The United States advised the Court that it had no objection to Mr. Bauer's request so long as the Court excluded time under

1 the Speedy Trial Act, pursuant to Local Code T4, for defense
2 preparation from January 4, 2006, to and including January 31,
3 2006.
4     Based on the foregoing and good cause appearing therefrom,
5 the Court ordered that a status conference shall be held on
6 January 31, 2006, at 9:30 a.m..  The Court excluded time within
7 which the trial of this case must be commenced under the Speedy
8 Trial Act, pursuant to Local Code T4, for defense preparation
9 from January 4, 2006, to and including January 31, 2006.
10     The Court finds that the failure to grant a continuance in
11 this case would deny Austin's counsel reasonable time necessary
12 for effective preparation, taking into account the exercise of
13 due diligence.  The Court specifically finds that the ends of
14 justice served by the granting of such continuance outweigh the
15 interests of the public and Austin in a speedy trial.
16     It is so ordered.

17 Dated: January 10, 2006          /s/ Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
18                                 United States District Judge