1 McGREGOR W. SCOTT
United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2772

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10                                )
11 UNITED STATES OF AMERICA,      )   NO. CR. S-05-269 LKK
                                  )
12              Plaintiff,        )   ORDER EXCLUDING TIME UNDER SPEEDY
                                  )   TRIAL ACT AND SCHEDULING STATUS
13       v.                       )   CONFERENCE
                                  )
14 LORENZO AUSTIN,                )   Court:  Hon. Lawrence K. Karlton
                                  )
15              Defendant.        )
                                  )
16 _____)

17      On January 31, 2006, the parties appeared before the Court

18 for a status conference hearing.  Assistant United States

19 Attorney Samuel Wong appeared on behalf of the United States.

20 Steven Bauer, Esq., appeared with defendant Lorenzo Austin.

21      Mr. Bauer advised the Court that the defense investigator

22 needed additional time to complete the investigation designed to

23 aid Austin's defense.  Mr. Bauer requested a delay in the court

24 proceedings to allow the investigator time to complete this work,

25 and also asked for a new status conference hearing on February

26 28, 2006, at 9:30 a.m.

27      The United States advised the Court that it had no objection

28 to Mr. Bauer's request so long as the Court excluded time under

                                1

1   the Speedy Trial Act, pursuant to Local Code T4, for defense

2   preparation from January 31, 2006, to and including February 28,

3   2006.

4       Based on the foregoing and good cause appearing therefrom,

5   the Court ordered that a status conference shall be held on

6   February 28, 2006, at 9:30 a.m..  The Court excluded time within

7   which the trial of this case must be commenced under the Speedy

8   Trial Act, pursuant to Local Code T4, for defense preparation

9   from January 31, 2006, to and including February 28, 2006.

10      The Court finds that the failure to grant a continuance in

11  this case would deny Austin's counsel reasonable time necessary

12  for effective preparation, taking into account the exercise of

13  due diligence.  The Court specifically finds that the ends of

14  justice served by the granting of such continuance outweigh the

15  interests of the public and Austin in a speedy trial.

16      It is so ordered.

17

18  Dated: February 24, 2006            /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
19                                      United States District Judge

20

21

22

23

24

25

26

27

28