McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-05-269 LKK |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME UNDER SPEEDY |
| | ) | TRIAL ACT AND SCHEDULING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| LORENZO AUSTIN, | ) | Court:  Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 28, 2006, the parties appeared before the Court for a status conference hearing.  Assistant United States Attorney Michael Beckwith appeared on behalf of the United States.  Steven Bauer, Esq., appeared with defendant Lorenzo Austin.

Mr. Bauer advised the Court that he needed additional time to complete his work to prepare Austin's defense.  Mr. Bauer requested a delay in the court proceedings to accomplish his work, and also asked for a new status conference hearing on March 28, 2006, at 9:30 a.m.

The United States advised the Court that it had no objection to Mr. Bauer's request so long as the Court excluded time under

1

1 the Speedy Trial Act, pursuant to Local Code T4, for defense
2 preparation from February 28, 2006, to and including March 28,
3 2006.
4     Based on the foregoing and good cause appearing therefrom,
5 the Court ordered that a status conference shall be held on March
6 28, 2006, at 9:30 a.m..  The Court excluded time within which the
7 trial of this case must be commenced under the Speedy Trial Act,
8 pursuant to Local Code T4, for defense preparation from February
9 28, 2006, to and including March 28, 2006.
10     The Court finds that the failure to grant a continuance in
11 this case would deny Austin's counsel reasonable time necessary
12 for effective preparation, taking into account the exercise of
13 due diligence.  The Court specifically finds that the ends of
14 justice served by the granting of such continuance outweigh the
15 interests of the public and Austin in a speedy trial.
16     It is so ordered.

Dated: March 3, 2006            /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                United States District Judge