McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-269 LKK |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE AND NON-EVIDENTIARY MOTIONS HEARING DATE, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| LORENZO AUSTIN, | |
| Defendant. | Court:  Hon. Lawrence K. Karlton |

On March 28, 2006, the parties appeared before the Court for a status conference hearing.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States.  Steven Bauer, Esq., and Dina Santos, Esq., appeared with defendant Lorenzo Austin.

Mr. Bauer advised the Court that he intended to file his notice of pretrial motions for defendant Austin forthwith, but that he needed additional time to complete his work to prepare and file the memoranda in support of Austin's pretrial motions. Mr. Bauer requested a delay in the court proceedings to accomplish his work and asked for a deadline of April 18, 2006, to file his supporting memoranda.  The parties advised the Court

1

1 that they had agreed that:  the United States would file its
2 responses to Austin's motions by May 16, 2006; Austin would file
3 his reply, if any, by May 23, 2006; and that the Court would hold
4 a non-evidentiary hearing on May 31, 2006, at 9:30 a.m.  The
5 parties also agreed that the Court should exclude time under the
6 Speedy Trial Act, pursuant to Local Code T4, for defense
7 preparation from March 28, 2006, to, and including, April 18,
8 2006.

9     Based on the foregoing and good cause appearing therefrom,
10 the Court adopted the briefing schedule proposed by the parties
11 and ordered that a non-evidentiary motions hearing shall be held
12 on May 31, 2006, at 9:30 a.m..  The Court excluded time within
13 which the trial of this case must be commenced under the Speedy
14 Trial Act, pursuant to Local Code T4, for defense preparation
15 from March 28, 2006, to, and including, April 18, 2006.

16     The Court finds that the failure to grant a continuance in
17 this case would deny Austin's counsel reasonable time necessary
18 for effective preparation, taking into account the exercise of
19 due diligence.  The Court specifically finds that the ends of
20 justice served by the granting of such continuance outweigh the
21 interests of the public and Austin in a speedy trial.

22     It is so ordered.

Dated: April 7, 2006                /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    United States District Judge

2