**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **LORENZO AUSTIN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Cr. S-05-269 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **THEREON** |
| v. ) | |
| ) | |
| **LORENZO AUSTIN**, ) | |
| Defendant, ) | |
| ) | |

It is hereby stipulated between counsel for the government and the defendant that the briefing schedule previously adopted by this court may be modified as follows:

| | |
|---|---|
| May 16, 2006 | Defendant's points and authorities in support of motion to suppress |
| June 13, 2006 | Government's opposition |
| June 20, 2006 | Defendant's reply, if any |
| June 27, 2006 | Non-evidentiary hearing |

///
///
///

Defendant's motion to suppress having already been filed no exclusion of time is required. The defendant has been consulted regarding this stipulation and agrees that it is appropriate.

Dated: April 17, 2006

/ s / Steven D. Bauer

**STEVEN D. BAUER**
Attorney at Law

Dated: April 17, 2006

/ s / Samuel Wong

**SAMUEL WONG**
Assistant United States Attorney

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: April 18, 2006

/s/ Lawrence K. Karlton
**HONORABLE LAWRENCE K. KARLTON**
Senior, U. S. District Judge