1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **LORENZO AUSTIN**

5

6

7
## IN THE UNITED STATES DISTRICT COURT
8
## FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
**UNITED STATES OF AMERICA,**            )        Crim. S-05-269 LKK
11                                        )
                          Plaintiff,      )   **STIPULATION AND ORDER**
12                                        )          **THEREON**
                    v.                    )
13                                        )
**LORENZO AUSTIN**,                       )
14                        Defendant,      )
                                          )
15
It is hereby stipulated between counsel for the government and the defendant that
16
the briefing schedule previously adopted by this court may be modified as follows:
17
        August 1, 2006        Defendant's points and authorities in support of
18                            motion to suppress
        August 29, 2006       Government's opposition
19
        September 5, 2006     Defendant's reply
20
        September 12, 2006    Non-evidentiary hearing
21
Defendant's motion to suppress having already been filed no exclusion of time is
22
required. The defendant has been consulted regarding this stipulation and agrees that it
23
is appropriate.
24
///
25
///
26
///
27
///
28

1   Dated:  June 26, 2006

2   / s / Steven D. Bauer

3   **STEVEN D. BAUER**
Attorney at Law

4
(Order on Following Page)

5

6

7   For Good Cause Appearing

**IT IS SO ORDERED**

8   Dated: June 26, 2006

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: June 26, 2006

/ s / Samuel Wong

**SAMUEL WONG**
Assistant United States Attorney

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT