**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **LORENZO AUSTIN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-05-269 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER THEREON** |
| ) | |
| v. ) | |
| ) | |
| **LORENZO AUSTIN**, ) | |
| Defendant, ) | |
| ) | |

It is hereby stipulated between counsel for the government and the defendant that the defendant's motion to suppress may be withdrawn and hearing on that motion, presently scheduled for September 12, 2006, may be dropped and the matter be scheduled for September 26, 2006 for a probable change of plea. It is further stipulated that the time between September 12, 2006 and September 26, 2006 may be excluded under Local Code T4 based on the defendant's counsel's need for time to review the plea offer and advise his client regarding the ramifications of the plea offer.

Dated: September 8, 2006                                Dated: September 8, 2006

/ s / Steven D. Bauer                                         / s / Samuel Wong

**STEVEN D. BAUER**                                      **SAMUEL WONG**
Attorney at Law                                                Assistant United States Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny government's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: September 11, 2006

*Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT