McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-269 LKK |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| LORENZO AUSTIN, | Court:  Hon. Lawrence K. Karlton |
| Defendant. | Date:  September 26, 2006 |

On September 26, 2006, the parties appeared before the Court for a status conference hearing.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States. Steven Bauer, Esq., and Dina Santos, Esq., appeared with defendant Lorenzo Austin.

Defense counsel advised the Court that they needed additional time to review proposed settlement terms and advise their client regarding the ramifications of any plea offer from the United States (the charges in this case subject Austin to two potential life sentences, plus an additional ten years, if convicted of all charges).  Defense counsel requested that the case be continued until October 11, 2006, and that time within

which the trial of this matter must be commenced under the Speedy Trial Act be excluded from computation of time pursuant to Local Code T4 for defense preparation.

Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny Austin's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court hereby orders that a status conference be held on October 11, 2006, at 9:30 a.m. and that time within which the trial of this matter must be commenced under the Speedy Trial Act be excluded from computation of time pursuant to Local Code T4 to, and including, October 11, 2006.

IT IS SO ORDERED.

Dated:   October 6, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT