1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10                                )
11 UNITED STATES OF AMERICA,      )   NO. CR. S-05-269 LKK
                                  )
12              Plaintiff,        )   ORDER SETTING STATUS CONFERENCE
                                  )   AND EXCLUDING TIME UNDER SPEEDY
13      v.                        )   TRIAL ACT
                                  )
14 LORENZO AUSTIN,                )   Court:  Hon. Lawrence K. Karlton
                                  )
15              Defendant.        )   Date:  October 11, 2006
                                  )
16 _____ )

17

18      On October 11, 2006, the parties appeared before the Court

19 for a status conference hearing.  Assistant United States

20 Attorney Samuel Wong appeared on behalf of the United States.

21 Steven Bauer, Esq., appeared with defendant Lorenzo Austin.

22      Defense counsel advised the Court that he needed additional

23 time to:  (1) review the United States' proposed settlement terms

24 and advise Austin regarding the ramifications of the plea offer;

25 and (2) conduct further investigation and research regarding

26 Austin's prior criminal record and criminal history category.

27 Defense counsel and Austin agreed that the case be continued

28 until October 24, 2006, at 9:30 a.m., and that time within which

                                   1

1 the trial of this matter must be commenced under the Speedy Trial

2 Act be excluded from computation of time pursuant to Local Code

3 T4 for defense preparation.

4     Based on the representation of defense counsel and good

5 cause appearing therefrom, the Court hereby finds that the

6 failure to grant a continuance in this case would deny Austin's

7 counsel reasonable time necessary for effective preparation,

8 taking into account the exercise of due diligence.  The Court

9 specifically finds that the ends of justice served by the

10 granting of such continuance outweigh the interests of the public

11 and the defendant in a speedy trial.

12     The Court hereby orders that a status conference be held on

13 October 24, 2006, at 9:30 a.m. and that time within which the

14 trial of this matter must be commenced under the Speedy Trial Act

15 be excluded from computation of time pursuant to Local Code T4

16 from October 11, 2006, to, and including, October 24, 2006.

17     IT IS SO ORDERED.

18

19 Dated:  October 13, 2006

20

21 LAWRENCE K. KARLTON

SENIOR JUDGE

22 UNITED STATES DISTRICT COURT

23

24

25

26

27

28

2