DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
LORENZO AUSTIN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-269 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SETTING FUTURE STATUS |
| v. ) | CONFERENCE/CHANGE OF PLEA AND |
| ) | EXCLUDING TIME |
| LORENZO AUSTIN, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |

     A status conference was held in open court on Tuesday, October 24, 2006.  Attorney Dina Santos was present with her client, Lorenzo Austin; and Assistant United States Attorney Samuel Wong was present for the government.

     At the request of the defense, the status conference and possible change of plea was continued for one week to October 31, 2006 at 9:30 a.m., to allow the defendant time to consider the plea agreement and meet with his family before deciding on whether or not to accept the plea agreement.  The court excluded time under local code T-4 from October 24, 2006 to October31, 2006, to allow the defendant time to

1 | consider the plea agreement and to confer with his family and confer
2 | with counsel.
3 |
4 | **O R D E R**
5 |
6 | **IT IS SO ORDERED.**
7 |
8 | By the Court,
9 |
10 |
11 |
12 | Dated: October 26, 2006
13 | _____
  | LAWRENCE K. KARLTON
  | SENIOR JUDGE
14 | UNITED STATES DISTRICT COURT

Stipulation and Order                              2