```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LORENZO AUSTIN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. Cr. S 05-269 LKK
                                  )
12            Plaintiff,          )  **STIPULATION AND ORDER TO MODIFY**
                                  )  **BRIEFING SCHEDULE AND HEARING ON**
13       v.                       )  **DEFENDANT'S MOTION FOR REDUCTION OF**
                                  )  **SENTENCE PURSUANT TO 18 U.S.C.**
14  LORENZO AUSTIN,               )  **§ 3582(c)(2)**
                                  )
15            Defendant.          )  **RETROACTIVE CRACK COCAINE REDUCTION**
                                  )  **CASE**
16  _____)
```

17       The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18  its attorney, Assistant United States Attorney Samuel Wong, and

19  Defendant, LORENZO AUSTIN, by and through his attorney, Assistant

20  Federal Defender David M. Porter, stipulate and agree that the briefing

21  schedule and hearing date on Mr. Austin's motion to reduce his sentence

22  pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23  Defendant's reply:    Due on or before June 16, 2009

24  Hearing:              Tuesday, June 30, 2009, at 9:30 a.m.

25  / / /

26  / / /

27  / / /

28  / / /

1 Dated: May 4, 2009

2 Respectfully submitted,

3 LAWRENCE G. BROWN                    DANIEL J. BRODERICK
  Acting United States Attorney        Federal Defender

4
   /s/ Samuel Wong                      /s/ *David M. Porter*
5 SAMUEL WONG                           DAVID M. PORTER
  Assistant U.S. Attorney               Assistant Federal Defender

6
  Attorney for Plaintiff                Attorney for Movant
7 UNITED STATES OF AMERICA              LORENZO AUSTIN

8                                O R D E R

9     Pursuant to the parties' stipulation, the Court modifies the

10 briefing and hearing schedule in the above-entitled matter as follows:

11     Reply:              Due on or before June 16, 2009

12     Hearing:            Tuesday, June 30, 2009, **at 9:15 a.m.**

13 **IT IS SO ORDERED.**

14 Dated: May 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO MODIFY BRIEFING SCHEDULE, etc.

-2-