```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORENZO AUSTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 05-269 LKK |
| Plaintiff, | **AMENDED STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| LORENZO AUSTIN, | |
| Defendant. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Samuel Wong, and Defendant, LORENZO AUSTIN, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Austin's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:     Due on or before August 25, 2009

Hearing:               Wednesday, September 9, 2009, at 9:15 a.m.

/ / /

/ / /

/ / /

1  Dated: June 23, 2009

2  Respectfully submitted,

3  LAWRENCE G. BROWN                      DANIEL J. BRODERICK
   Acting United States Attorney          Federal Defender

4
    /s/ Samuel Wong                        /s/ David M. Porter
5  SAMUEL WONG                            DAVID M. PORTER
   Assistant U.S. Attorney                Assistant Federal Defender

6
   Attorney for Plaintiff                 Attorney for Movant
7  UNITED STATES OF AMERICA               LORENZO AUSTIN

8

9                                O R D E R

10     Pursuant to the parties' stipulation, the Court modifies the

11  briefing and hearing schedule in the above-entitled matter as follows:

12       Reply:              Due on or before August 25, 2009

13       Hearing:            Wednesday, September 9, 2009, at 9:15 a.m.

14  **IT IS SO ORDERED.**

15  Dated: June 24, 2009

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

STIPULATION TO MODIFY BRIEFING SCHEDULE, etc.

-2-