1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORENZO AUSTIN

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    ) No. Cr. S 05-269 LKK
                                )
13          Plaintiff,          )
                                ) **STIPULATION TO MODIFY BRIEFING**
14     v.                       ) **SCHEDULE AND HEARING ON DEFENDANT'S**
                                ) **MOTION FOR REDUCTION OF SENTENCE**
15 LORENZO AUSTIN,              ) **PURSUANT TO 18 U.S.C. § 3582(c)(2)**
                                )
16          Defendant.          ) **RETROACTIVE CRACK COCAINE REDUCTION**
                                ) **CASE**
17 _____)

18      The parties, Plaintiff UNITED STATES OF AMERICA, by and through

19 its attorney, Assistant United States Attorney Samuel Wong, and

20 Defendant, LORENZO AUSTIN, by and through his attorney, Assistant

21 Federal Defender David M. Porter, stipulate and agree that the briefing

22 schedule and hearing date on Mr. Austin's motion to reduce his sentence

23 pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

24 Defendant's reply:     Due on or before November 3, 2009

25 Hearing:               Tuesday, November 17, 2009, at 9:15 a.m.

26 / / /

27 / / /

28 / / /

1 Dated:  August 13, 2009

2 Respectfully submitted,

3 LAWRENCE G. BROWN                    DANIEL J. BRODERICK
United States Attorney               Federal Defender

4
   /s/ *Samuel Wong*                     /s/ *David M. Porter*
5 SAMUEL WONG                          DAVID M. PORTER
Assistant U.S. Attorney              Assistant Federal Defender

6
Attorney for Plaintiff               Attorney for Movant
7 UNITED STATES OF AMERICA             LORENZO AUSTIN

8

9                              **O R D E R**

10     Pursuant to the parties' stipulation, the Court modifies the

11 briefing and hearing schedule in the above-entitled matter as follows:

12     Reply:              Due on or before November 3, 2009

13     Hearing:            Tuesday, November 17, 2009, at 9:15 a.m.

14 **IT IS SO ORDERED.**

15 Dated:  August 14, 2009

16                                      _____
                                        LAWRENCE K. KARLTON
17                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
18

STIPULATION TO MODIFY BRIEFING SCHEDULE, etc.