# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LORENZO AUSTIN | ) | Case No: 2:05-cr-00269-LKK-001 |
| | ) | USM No: 15868-097 |
| Date of Previous Judgment: 1/23/2007 | ) | David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  204 months  months **is reduced to**  180 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
|---|---|---|---|
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):   This sentence consists of 120 months as to Ct. 1 and 60 months as to Ct. 2, to run consecutive, for a total term of 180 months.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  1/23/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/8/2009

*Judge's signature*

Effective Date: 12/8/2009                    Senior Judge Lawrence K. Karlton
(if different from order date)                    Printed name and title