```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   No. 2:05-CR-269 LKK
                                  )
11          Plaintiff,            )   ORDER VACATING PREVIOUS ORDERS
                                  )   GRANTING SENTENCE REDUCTION,
12      v.                        )   AND REINSTATING ORIGINAL
                                  )   JUDGMENT AND SENTENCE
13  LORENZO AUSTIN,               )
                                  )
14          Defendant.            )   Court:  Hon. Lawrence K. Karlton
    _____)
15
16       The Court having received the Ninth Circuit Court of
17  Appeals' Mandate filed on July 10, 2012, and Opinion filed April
18  18, 2012, in C.A. No. 10-10001, it is ORDERED that the Court's
19  Order filed December 8, 2009, granting defendant Lorenzo Austin's
20  motion for a sentence reduction on his cocaine base trafficking
21  conviction, and the Court's Order Regarding Motion for Sentence
22  Reduction Pursuant to 18 U.S.C. § 3582(c)(2) filed and entered on
23  December 11, 2009, are both hereby VACATED.  It is further
24  ORDERED that the Court's Judgment In A Criminal Case previously
25  filed and entered on January 26, 2007, including a sentence of
26  seventeen years incarceration, is hereby REINSTATED.
27  Dated: September 10, 2012
28
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```